EDNA V. WENNING, ESQ. (SBN 130377)
289 Norumbega Drive
Monrovia, California 91016
Telephone:  (626) 359-3219
Facsimile:  (626) 359-4279

FILED
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ELIZABETH TOLOSA-TAHA,

    Plaintiff,

vs.

MILAROSE NILOOBAN, NILO NILOOBAN, THE TESTATE AND INTESTATE SUCCESSORS OF EDGAR G.M. TOLOSA, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH EDGAR G.M. TOLOSA; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1 to 50, INCLUSIVE.

    Defendants.

Case No. **06-00002**

COMPLAINT TO QUIET TITLE

[ Title 21 GCA Section 25101]

COMES NOW, Elizabeth Tolosa-Taha, and alleges:

1. That she is a citizen of the United States of America, a bonafide resident of 940 Toulouse Way, Martinez, California 94553, and the adopted daughter of deceased Edgar G.M. Tolosa. Plaintiff is a resident of the state of California.

2. That defendants Milarose Nilooban and Nilo Nilooban are the current tenants/occupants of the subject property commonly known as 247 J.L. Blaz, Dededo, Guam

COMPLAINT TO QUIET TITLE

86912. Based on information and belief, defendants Milarose Nilooban and Nilo Nilooban are citizens of the Republic of the Philippines and residents of the District of Guam, Territory of Guam.

3. Plaintiff does not know the names of decedent's heirs and devisees, and therefore denominate these defendants herein as "the testate and intestate successors of Edgar G.M. Tolosa, deceased, and all persons claiming by, through, or under such decedent (hereinafter referred to as "the successor defendants"). The successor defendants, and each of them, claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to plaintiff's title; and their claims, and each of them, constitute a cloud on plaintiff's title to that property.

4. The defendants herein named as "all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto" (hereinafter sometimes referred to as "the unknown defendants") are unknown to plaintiff. These unknown defendants, and each of them, claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to plaintiff's title; and their claims, and each of them, constitute a cloud on plaintiff's title to that property.

5. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 50, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to plaintiff's title and their claims, and each of them, constitute a cloud on plaintiff's title to that property.

6. Decedent Edgar G.M. Tolosa, was the sole owner in fee simple of a parcel of real estate, more particularly described as follows:

Lot No. 6, Block No. 24, Unit No. XII Suburban Subdivision of Tract 112, Dededo, Guam, Area 8324 square feet, commonly known as 247 J.L. Blaz, Dededo, Guam 86912. Attached and incorporated herein by reference as though fully set forth as Exhibit A is a copy of the Warranty Deed dated April 13, 1973 executed by Paul B. Souder and Maruiquita Souder conveying the subject property to Edgar G.M. Tolosa.

Attached and incorporated herein by reference as Exhibit B as though fully set forth herein are copies of a letter from The Bank of Hawaii and the Mortgage Note stamped 'Paid" by the Bank of Hawaii.

7. Edgar G. M. Tolosa died intestate on November 1, 1999 in San Francisco, California. Attached and incorporated herein as Exhibit C is a copy of his death certificate.

8. Plaintiff Elizabeth Tolosa-Taha is the adopted daughter and sole heir of decedent Edgar Tolosa as evidenced by the Amended Certificate of Live Birth and certification from the City Civil registry office of the Republic of the Philippines dated January 27, 2000, Exhibit D.

9. Defendants Milarose Nilooban and Bienvenido Nilooban, current tenants of the subject property, had been paying their monthly rental directly to the Bank of Hawaii until May 9, 2002, at which time the Bank declared that mortgage loan number 014447-9 secured by the subject property, has been paid in full. Exhibit B.

10. Defendants Milarose and Bienvenido Nilooban have not paid the monthly rental since May 9, 2002. Accrued rents are now due and owing.

11. Plaintiff is seeking to quiet title against the claims of defendants Milarose and Bienvenido Nilooban, current occupants of the subject property; the claims of all unknown defendants described in paragraphs 3 and 4; whether or not the claim or cloud is known to plaintiff; and the unknown, uncertain, or contingent claim, if any, of Does 1 through 50, more fully described in paragraph 5. The claims of defendants are without any right whatever and such defendants have no right, title, estate, lien, or interest whatever in the above-described property or any part thereof.

12. Plaintiff seeks to quiet title as of the date of filing this complaint.

WHEREFORE, plaintiff prays as follows:

1. For a judgment that plaintiff is the owner in fee simple of the subject property and that defendants have no interest in the subject property adverse to the plaintiff.

2. For costs of suit herein incurred; and

COMPLAINT TO QUIET TITLE

3. For such other and further relief as the court may deem proper.

Dated: December 20, 2005

Respectfully submitted,

*Edna V. Wenning*
EDNA V. WENNING, ESQ.
Attorney for Plaintiff

CONSENT OF DESIGNATED LOCAL COUNSEL

I, Gerald Grey, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should Petitioner fail to respond to any Court order for appearance or otherwise.

Dated: 12/20/05

GERALD GREY, ESQ.
Designated Local Counsel

213 E. Buena Vista Avenue, #213
Dededo, Guam 96912

Telephone: 637 9620/1

COMPLAINT TO QUIET TITLE

# EXHIBIT A

# WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that we, PAUL B. SOUDER and MARIQUITA T. SOUDER, husband and wife, citizens and residents of the Unincorporated territory of Guam, hereinafter referred to as Grantor, for Ten Dollars ($10.00) and other valuable consideration, to us in hand paid by EDGAR G.M. TOLOSA, a single man,/a citizen of the United States and resident of the Unincorporated territory of Guam, the receipt and sufficiency of which is hereby acknowledged, do hereby give, grant, bargain and convey unto EDGAR G.M. TOLOSA, hereinafter referred to as Grantee, his heirs and assigns forever, all that certain piece or parcel of real estate, more particularly described as follows:

> Lot No. 6, Block No. 24, Unit No. XII
> Suburban Subdivision of Tract 112, Dededo,
> Guam, Area 8324 square feet.
>
> The foregoing land is registered land, being a part of basic Lot No. 10114, Dededo, the registered owner thereof being the Grantor herein, and the number of the certificate of last registration thereof being _____

TOGETHER with any and all improvements thereon situated or located therein. With the appurtenances thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and, also all the estate, right, title and interest, dower and rights of dower, possession, claim and demand whatsoever, both at law and in equity, of the Grantor, of, in and to the above granted premises and every part and parcel thereof, with the appurtenances.

|  |  |
|---|---|
| 25 | Further, we do hereby, for ourselves and our heirs, executors |
| 26 | and administrators, covenant with the said grantee, his heirs |
| 27 | and assigns, that we are lawfully seized in fee of the granted |
| 28 | premises; that it is free from all encumbrances; that we have |
| 29 | good right to sell and convey the same as aforesaid; and that we |
| 30 | will, and our heirs, executors and administrators shall warrant |
| 31 | and defend the same to the said grantee, heirs and assigns, |
| 32 | forever, against the lawful claims and demands of all persons. |

EDWIN K.W. CHING
*Attorney at Law*
Mesa Bldg.
P.O. Box 1044
Agana, Guam
Tel: 772-6165/777-5266

1     IN WITNESS WHEREOF, we have hereunto set our hands and seals
2 this 13th day of April, 1973.

4                                            Paul B. Souder     (SEAL)

6                                         Mariquita T. Souder     (SEAL)

9 UNINCORPORATED TERRITORY OF GUAM )
10                                   ) SS
   CITY OF AGANA                          )

11     Before me, a Notary Public in and for the Unincorporated
12 territory of Guam, personally appeared Paul B. Souder and
Mariquita T. Souder, known to me to be the persons whose signatures
13 are subscribed to the foregoing instrument and who acknowledged
to me that they executed the same as their own free acts and deeds
14 this 13th day of April , 1973 .

15                                   DOLORES A. NAPUTI
16                                   Notary Public in and for the
                                     Unincorporated territory of Guam
17
                                   My comm. expires: 8/30/76

# EXHIBIT B

# ⵏh Bank of Hawaii

June 13, 2002

Egm Tolosa
7 Matatag St East Ave
Quezon City Pi

MORTGAGE LOAN NO.:   014447-9
TAX KEY NO.: T112 B24 L6
PROPERTY ADDRESS:   L6 B24 U12 T112
PAID IN FULL:   05/09/02 (deed)

ATTACHED IS THE FOLLOWING DOCUMENT FOR YOUR RETENTION AND FUTURE REFERENCE:

DESCRIPTION

NOTE stamped "PAID"
DEED/LEASE/OTHER

THANK YOU FOR GIVING BANK OF HAWAII THE OPPORTUNITY TO SERVE YOU!

                                    PAYOFF SPECIALIST
                                    MORTGAGE LOAN SERVICING DEPARTMENT

PA901 001
MMT

ML#0144479

FHA FORM NO. 9198
Revised November 1970

This form is used in connection with mortgages insured under the one- to four-family provisions of the National Housing Act.

# MORTGAGE NOTE

FHA CASE NO.

831-004609-222

$ 28,100.00          AGANA, GUAM    , ~~State of Hawaii~~.
                                    April 13, 19 73

    FOR VALUE RECEIVED, the undersigned promise(s) to pay to ------------
-------------- -BANK OF HAWAII- --------------- , or order,
the principal sum of ------ -TWENTY EIGHT THOUSAND ONE HUNDRED ONLY- --------
Dollars ($ 28,100.00      ), with interest from date until paid at the rate of - - - -SEVEN- - - -
------ per centum (       7        %) per annum net above taxes. Said principal and interest shall be payable at the office of the payee, in -------- -AGANA, GUAM- ------
- - - - , or at such other place as the holder hereof may designate in writing, in monthly installments
of- ------------- -ONE HUNDRED EIGHTY SEVEN AND15/100- ----------
Dollars ($ 187.15        ), commencing on the first day of      June     , 19 73 , and on the first day of each month thereafter until the principal and interest are fully paid, except that the final payment of principal and interest, if not sooner paid, shall be due and payable on the first day of
    May          , 2003 .

    If default be made in the payment of any installment under this note, and if such default is not made good prior to the due date of the next such installment, the entire principal sum and accrued interest shall at once become due and payable without notice, at the option of the holder of this note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. In the event of any default in the payment of this note, and if the same is collected by an attorney at law, or suit is brought hereon, the undersigned agree(s) to pay in either case, all costs of collection, including a reasonable attorney's fee.

    The makers and endorsers of this note severally waive demand, protest and notice of demand, protest and nonpayment, and consent to substitution, change or withdrawal of securities without notice, and to extensions of time of payment without notice.

    It is further agreed that if this note is signed by more than one person all obligations hereunder shall be joint and several.

_____          _____
EDGAR G. M. TOLOSA

TERRITORY OF GUAM, DEPARTMENT OF LAND MANAGEMENT
OFFICE OF THE RECORDER
INSTRUMENT NUMBER 223217
This instrument was filed for record on 16
day of April, 19 73, at 2:02 P.M.
and duly recorded in Book _____ at Page _____
, Recording Fee 14.00 Voucher No. 60813

_____
C. Deputy Recorder

# EXHIBIT C

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: (blank) Local Registration Number: 3199901007423

### Decedent Personal Data

- 1. Name (First Given): Edgar
- 2. Middle: Mijares
- 3. Last (Family): Tolosa
- 4. Date of Birth: 09/25/1936
- 5. Age: 63
- 6. Sex: M
- 7. Date of Death: 11/01/1999
- 8. Hour: 0906
- 9. State of Birth: Philippines
- 10. Social Security No.: 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
- 11. Military Service: Yes
- 12. Marital Status: Never Married
- 13. Education—Years Completed: 18
- 14. Race: Filipino
- 15. Hispanic: No
- 16. Usual Employer: Self Employed
- 17. Occupation: Minister
- 18. Kind of Business: Religion
- 19. Years in Occupation: 25
- 20. Residence: 911 Capitol Avenue
- 21. City: San Francisco
- 22. County: San Francisco
- 23. Zip Code: 94112
- 24. Yrs in County: 20
- 25. State or Foreign Country: CA

### Informant
- 26. Name, Relationship: Rene Tolosa — Brother
- 27. Mailing Address: 911 Capitol Avenue, San Francisco, CA 94112

### Spouse and Parent Information
- 31. Name of Father: Simeon ... Tolosa — P.I.
- 35. Name of Mother: Jose ... Mijares — P.I.

### Disposition(s)
- 39. Date: 11/08/1999
- Golden Gate National Cemetery, San Bruno, CA
- 41. Type of Disposition: Burial
- 44. Funeral Establishment: Duggan's Serra Mortuary
- 45. License: FD 1098
- 47. Date: 11/05/1999
- 43. License No.: 6677

### Place of Death
- Highland Hospital — IP
- 105. County: Alameda
- 106. City: Oakland
- 1411 E. 31st Street

### Cause of Death
- (A) Immediate Cause: Blunt head trauma — 7 Days
- (B) Due to: None
- (C) Due to: None
- (D) Due to: None
- 112. Other Significant Conditions: None
- Autopsy Performed: Yes
- Referral Number: 1999-03215

### Coroner's Use Only
- 119. Manner of Death: Pending Investigation
- 126. Signature of Deputy Coroner: J.D. Lawson #9
- 127. Date: 11/03/1999
- 128. Typed Name: J.D. Lawson #9, Deputy Coroner
- Fax Auth. #: 86646

49202

---

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } ss
COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED: 11/10/1999

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

# EXHIBIT D

No. 102—(Revised Dec. 1, 1958) (TO BE ACCOMPLISHED IN DUPLICATE)

REPUBLIC OF THE PHILIPPINES "Amended Certificate
of Live Birth"

# CERTIFICATE OF LIVE BIRTH

(FILL OUT COMPLETELY, ACCURATELY, LEGIBLY IN INK OR TYPEWRITER)

Province: Metro Manila
City or Municipality: Quezon City

Register Number:
(a) Civil Registrar-General No. _____
(b) Local Civil Registrar No. 1544

**1. PLACE OF BIRTH**
a. Province: Metro Manila
b. City or Municipality: Quezon City
c. Name of Hospital or Institution (If not in hospital, give street address): Sta. Mesa Heights
d. Is Place of Birth Inside City Limits? Yes ☒ No ☐

**2. USUAL RESIDENCE OF MOTHER (Where does mother live)**
a. Province: Metro Manila
b. City or Municipality: Quezon City
c. Number and Street: 7 Matatag St. Bgy. Pinyahan
d. Is Residence Inside City Limits? Yes ☐ No ☐
e. Is Residence on a Farm? Yes ☐ No ☐

**CHILD**
3. Name (Type or print): First ELIZABETH  Middle  Last TOLOSA
4. Sex: F
5a. This Birth: Single ☒ Twin ☐ Triplet ☐
5b. If Twin or Triplet, was Child: 1st ☐ 2nd ☐ 3rd ☐
6. Date of Birth: Month Feb Day 25 Year 1955

**FATHER**
7. Name: First Edgar  Middle  Last Tolosa
Religion: Christian
8. Nationality: American
8a. Race:
9. Age (At time of this birth) Years: 34
10. Birthplace: Manila
11a. Usual Occupation: US Air Force Soldier
11b. Kind of Business or Industry:

**MOTHER**
12. Maiden Name: First  Middle  Last
Religion:
13. Nationality:
13a. Race:
14. Age (At time of this birth) Years:
15. Birthplace:
16. Previous Deliveries to Mother (Do not include this birth):
a. How many children are now living? 1
b. How many other children were born alive but are now dead? 1
c. How many fetal deaths (fetuses born dead any time after conception)? 0

17a. Informant's Signature: (sgd. ill)
b. Name in Print: Edgar Tolosa
c. Address: 7 Matatag St. Bgy. Pinyahan, QC

18. Mother's Mailing Address: (Number, Street, City or Municipality, Province)

19. **ATTENDANT AT BIRTH**
I hereby certify that I attended the birth of this child who was born alive at 1:00 o'clock A.M. on the date above indicated.
a. Signature: (sgd. ill)
b. Name in Print: Esperanza Plurad
c. Address: Sta. Mesa Hts.
d. Date Signed by Attendant at Birth:
e. Title of Attendant at Birth: ☐ M.D. ☒ Midwife ☐ Nurse

20. Received in the Office of the Local Civil Registrar by:
a. Signature: (sgd. ill)
b. Name in Print: Ma. A. Agapito
c. Title or Position: Asst. LCR
d. Date: March 8, 1955

21. a. Given Name Added ___
b. Date When Given Name Was ___

22a. Length of Pregnancy ___ Completed Weeks
22b. Weight at Birth ___ Lbs ___ Oz

24. Date and Place of Marriage of Parents (For legitimate birth)
(Month) (Day) (Year)
City or Municipality ___ Province ___

25. This Certificate is Prepared by:
Signature: (sgd. ill)
Name in Print: Esperanza Plurad
Title or Position: Reg. Nurse & Midwife
Date: Feb. 26, 1955

19—239 (SPACE FOR MEDICAL AND HEALTH ITEMS FOR SPECIAL PURPOSES)



FOR THE CITY CIVIL REGISTRAR
ESTER M. REYES
REGISTRATION OFFICER V
C.C.R.O.-M.M.

CERTIFIED XEROX COPY FROM THE ORIGINAL



**Republic of the Philippines**
**Quezon City, Metro Manila**
# CITY CIVIL REGISTRY OFFICE

Civil Registry Form No. 1A
( BIRTH AVAILABLE)

January 27, 2000

TO WHOM IT MAY CONCERN:

We certify that among the following facts of birth appear in our Register of Birth on page XXX of Book No. XXX.

| | |
|---|---|
| REGISTRY NUMBER | 1544 |
| DATE OF REGISTRATION | March 8, 1955 |
| NAME OF CHILD | ELIZABETH TOLOSA |
| SEX | Female |
| DATE OF BIRTH | February 25, 1955 |
| PLACE OF BIRTH | Sta. Mesa Heights, Quezon City |
| NAME OF MOTHER | n/a |
| NAME OF FATHER | Edgar Tolosa |
| CITIZENSHIP OF FATHER | American |
| CITIZENSHIP OF MOTHER | n/a |
| DATE OF MARRIAGE OF PARENTS | n/a |
| PLACE OF MARRIAGE OF PARENTS | n/a |

This certification is issued to Elizabeth Tolosa upon his/her request.

Verified by : angelita f. sanchez
Print Name and Signature

FOR THE CITY CIVIL REGISTRAR

ESTER M. REYES
REGISTRATION OFFICER V
C.C.R.O.-M.M.

Amount Paid : P20-
Official Receipt No : 1194239
Date Paid : 1-25-2000

NOTE : A MARK, ERASURE, ALTERATION OF ANY ENTRY INVALIDATED THIS CERTIFICATION



Republic of the Philippines
Quezon City, Metro Manila

## CITY CIVIL REGISTRY OFFICE

January 27, 2000

TO WHOM IT MAY CONCERN:

This is to certify that the decision issued by the Honorable Court presided by Judge Leonor Ines Luciano of Juvenile and Domestic Relations Court in the matter of the Adoption of the minor Elizabeth Tolosa Indiongco and shall be known as ELIZABETH TOLOSA to petitioner Edgar Tolosa was received by the Office of the Local Civil Registry, this City, this 14th day of September 1971, and therefore included in the Official Record file of this Office under Reg. No. 36, Series of 1971, Sp. Proc. No. QG-00182, issued on September 10, 1971.

This CERTIFICATION is being issued upon the request of the interested party for whatever legal purpose it may serve.

FOR THE CITY CIVIL REGISTRAR

ESTER M. REYES
REGISTRATION OFFICER V
C.C.R.O.-M.M.