GERALD E. GRAY, Esq.
213 E. Buena Vista Avenue
Dededo, Guam 96929-5321
Telephone: (671) 637-9620/1
Facsimile: (671) 637-9660



FILED
DISTRICT COURT OF GUAM

FEB 13 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ELIZABETH TOLOSA-TAHA,<br>Plaintiff,<br><br>Vs.<br><br>Milarose Nilooban, Nilo Nilooban, The Testate and Intestate Successors of Edgar G.M. Tolosa, deceased, and all persons claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's Title thereto; and does 1 to 50, inclusive,<br><br>Defendants, | CASE NO. 06-00002<br><br>PETITION FOR ADMISSION PRO HAC VICE<br><br><br><br>[GR17.1 (d)] |

COMES NOW, Edna V. Wenning, and moves pursuant to GR 17.1 (d), Local Rules of the District Court of Guam for admission pro hac vice before the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence and office address is: 289 Norumbega Drive, Monrovia, California 91016.

2. Courts to which I have been admitted to practice and dates of admission:

    Supreme Court of the State of California. December 14, 1987

    United States District Court for the Central District of California, September 26, 1990

    United States Court of Appeals for the Ninth Circuit, July 25, 2000

    United States District Court, Northern District of Georgia,

    (Admitted Pro Hac Vice, 2002, Armenta vs. Asahi Kasei Corp., Case No.3:01-CV-162 JTC)

ORIGINAL

---
1
ORDER FOR ADMISSION PRO HAC VICE

3. Petitioner states under penalty of perjury that she is a member in good standing of the Supreme Court of the State of California, United States District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit. Petitioner further states that she is in good standing and eligible to practice in the District Court of Guam and that she is not currently suspended or disbarred in any other court and she has not made any pro hac vice application to this Court within the year proceeding or at anytime.

4. Petitioner designates Gerald Gray as local counsel. Mr. Gray's business address is provided below in the Consent of Designated Local Counsel.

Dated: December 20, 2005

Respectfully submitted,

*/s/ Edna V. Wenning*
EDNA V. WENNING, ESQ.
Attorney for Plaintiff

CONSENT OF DESIGNATED LOCAL COUNSEL

I, Gerald Grey, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should Petitioner fail to respond to any Court order for appearance or otherwise.

Dated: 12/20/05

*/s/ Gerald Grey*
GERALD GREY, ESQ.
Designated Local Counsel

213 E. Buena Vista Avenue, #213
Dededo, Guam 96912

Telephone: 637 9620/1

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 15, 2001

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDNA VALLEDOR WENNING was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Charlotte Blackford
Supervisor
Membership Records

THE STATE BAR OF CALIFORNIA

**EDNA V. WENNING**

**130377** · **MCLE GROUP 3**

PRESERVE AND IMPROVE OUR JUSTICE SYSTEM
IN ORDER TO ASSURE A FREE AND JUST SOCIETY UNDER LAW.

Executive Director / Secretary

Only active members are entitled to practice law.

**ACTIVE**

# United States Court of Appeals for the Ninth Circuit

## EDNA VALLEDOR WENNING

This is to certify that

was admitted and qualified as an

Attorney and Counselor of said Court

on this 25th day of July, 2000

*Cathy A. Catterson*
Cathy A. Catterson
Clerk of Court



# SUPREME COURT OF THE STATE OF CALIFORNIA

Be it Remembered that upon certification by the Examining Committee of the State Bar of California and by order of this Court

**Edna Halldor Henning**

was admitted as an Attorney and Counselor at Law and has taken and subscribed the oath as required by law, and is hereby licensed as such Attorney and Counselor to practice in all the Courts of the State.

In Witness Whereof, I have hereunto set my hand and affixed the official seal this 14th day of December, A.D. 1987

_Lawrence K. Hill_
CLERK OF THE SUPREME COURT OF THE STATE OF CALIFORNIA



# United States District Court
## for the
### Central District of California



I, Leonard A. Brosnan, Clerk of the United States District Court for the Central District of California, do hereby certify that

_____ EDNA V. WENNING _____

was duly admitted and qualified as an Attorney and Counselor of said District Court on the 26th day of SEPTEMBER, A.D., 19 90.

In testimony whereof, I hereunto set my hand and affix the seal of said Court at my office in Los Angeles in the Central District of California, this 26th day of SEPTEMBER, A.D., 19 90.

*Leonard A. Brosnan*
Clerk of the United States District Court