GERALD E. GRAY, Esq.
213 E. Buena Vista Avenue
Dededo, Guam 96929-5321
Telephone: (671) 637-9620/1
Facsimile: (671) 637-9660

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ELIZABETH TOLOSA-TAHA,<br>    Plaintiff,<br><br>Vs.<br><br>Milarose Nilooban, Nilo Nilooban, The Testate and Intestate Successors of Edgar G.M. Tolosa, deceased, and all persons claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's Title thereto; and does 1 to 50, inclusive,<br><br>    Defendants, | CASE NO. 06-00002<br><br>ORDER<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>FEB 14 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

The petition of Edna V. Wenning for admission to practice before the District Court of Guam. District of Guam, comes on for review by the Court and said petition being supported by certificates required by GR 17.1(d). Local Rules of the District Court of Guam and for good cause shown,

IT IS THEREFORE ORDERED that the Petition of Edna V. Wenning for admission pro hac vice to practice before the District Court of Guam is hereby granted and that the said applicant be admitted pro hac vice.

Dated this __14th__ day of __February__ 2006

**RECEIVED**
FEB 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
Joaquin V. E. Manibusan, Jr.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**

1

ORDER FOR ADMISSION PRO HAC VICE