# FILED
## DISTRICT COURT OF GUAM

MAR - 3 2006 

### MARY L.M. MORAN
### CLERK OF COURT

## DISTRICT COURT OF GUAM

ELIZABETH TOLOSA-TAHA
_____
    (Plaintiff)

**SUMMONS IN A CIVIL CASE**
CASE NUMBER:06-00002

V.

MILAROSE NILOOBAN, NILO NILOOBAN, THE TESTATE AND INTESTATE SUCCESSORS OF EDGAR G.M. TOLOSA, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH EDGAR G.M. TOLOSA: ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT,TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITITLE THERETO: AND DOES 1 to 50, INCLUSIVE

TO: (Name and address of Defendant)

NILO NILOOBAN

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDNA V. WENNING,ESQ.
LAW OFFICES OF EDNA V. WENNING
289 NORUMBEGA DRIVE
MONROVIA, CALIFORNIA  91016

GERALD  E. GRAY,ESQ.
213 E BUENA VISTA AVENUE SUITE 202
DEDEDO, GUAM 96929-5321

an answer to the Amended Complaint which is served on you with this Summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
**Clerk Of Court**

FEB 2 3 2006

CLERK

(By) DEPUTY CLERK

DATE

# ORIGINAL

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE  MARCH 3, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)*  CLAIRE CLARK BLAS | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JENYMIL NILOOBAN _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $ 70.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 3, 2006                    *Signature of Server*
_____                      _____
Date

283 WUSSTIG RD. DEDEDO GU. 96929
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.