AO 440 (Rev. 8/01) Summons in a Civil Action


**FILED**
DISTRICT COURT OF GUAM

# DISTRICT COURT OF GUAM

MAR - 3 2006

MARY L.M. MORAN
**CLERK OF COURT**

ELIZABETH TOLOSA-TAHA
   (Plaintiff)

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: 06-00002

V.

MILAROSE NILOOBAN, NILO NILOOBAN, THE TESTATE AND INTESTATE SUCCESSORS OF EDGAR G.M. TOLOSA, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH EDGAR G.M. TOLOSA: ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITILE THERETO: AND DOES 1 to 50, INCLUSIVE

TO: (Name and address of Defendant)

MILAROSE NILOOBAN

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDNA V. WENNING, ESQ.
LAW OFFICES OF EDNA V. WENNING
289 NORUMBEGA DRIVE
MONROVIA, CALIFORNIA 91016

GERALD E. GRAY, ESQ.
213 E BUENA VISTA AVENUE SUITE 202
DEDEDO, GUAM 96929-5321

an answer to the Amended Complaint which is served on you with this Summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

FEB 23 2006

CLERK            DATE

(By) DEPUTY CLERK

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 3, 2006 |
| NAME OF SERVER (PRINT) CLAIRE CLARK BLAS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: JENYMIL NILOOBAN

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $70.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 3, 2006
        Date                    Signature of Server

283 WUSSTIG RD. DEDEDO Gu. 96929
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.