| | |
|---|---|
| Elizabeth Tolosa-Taha,<br><br>Plaintiff,<br><br>vs.<br><br>Milarose Nilooban, et al.,<br><br>Defendants. | Case No. 1:06-cv-00002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed March 3, 2006, on the dates indicated below:

Gerald E. Gray
March 3, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed March 3, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 3, 2006                                              /s/ Virginia T. Kilgore
                                                                              Deputy Clerk