FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ELIZABETH TOLOSA-TAHA,<br><br>Plaintiff,<br><br>vs.<br><br>MILAROSE NILOOBAN, NILO NILOOBAN, *et al.*,<br><br>Defendants. | Civil Case No. 06-00002<br><br><br>**MINUTES** |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(April 17, 2006, at 9:40 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiff was local counsel Gerald Gray. Attorney Louie Yanza appeared on behalf of defendant Milarose Nilooban.

Judge Manibusan stated his concern over whether the Plaintiff had standing to bring this action. Although the Complaint asserted the Plaintiff was the adopted daughter of the Edgar Tolosa, who owned the property in question, Mr. Tolosa died intestate, and the Complaint failed to state whether the Plaintiff had been appointed the administratrix of his estate.

Counsel stated the parties may be able to settle this action without the need for a trial.

Because the parties had not yet submitted a proposed scheduling order and discovery plan, Judge Manibusan directed the parties to meet and confer in order to formulate such.

**ORIGINAL**

Under the Local Rules of Practice, the Plaintiff has the burden of preparing said documents. Accordingly, the Plaintiff shall submit a proposed scheduling order and discovery plan no later than Tuesday, April 25, 2006. The Scheduling Conference was continued to Tuesday, May 2, 2006, at 9:30 a.m.[1] Should attorney Edna Wenning desire to participate telephonically at said conference, she may do so by submitting written notice of her intent to so participate no later than 24 hours prior to the May 2nd conference.

The conference concluded at 9:50 a.m.

Dated: April 17, 2006.

*Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk

---

[1] Dates and times referred to in these Minutes are in Chamorro Standard Time. Converting the May 2nd Scheduling Conference to Pacific Standard Time results in a date and time of Monday, May 1, 2006, at 4:30 p.m.