DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

ELIZABETH TOLOSA-TAHA,

    Plaintiff,

vs.

MILAROSE NILOOBAN, NILO NILOOBAN, et al.,

    Defendants.

Civil Case No. 06-00002

MINUTES

(✓) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
(May 2, 2006, at 9:40 a.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiff was local counsel Gerald Gray.[1] Attorney Louie Yanza appeared on behalf of defendant Milarose Nilooban.

    Judge Manibusan and counsel went over changes to the proposed scheduling order and discovery plan submitted by the parties. Judge Manibusan noted that although ¶5 stated that a separate discovery plan was attached and incorporated as part of the scheduling order, no such

---

[1] Mr. Gray advised the Court that off-island counsel Edna V. Wenning had just faxed him this morning a request to participate in the Scheduling Conference telephonically. Because the Court had not received said notice at least 24 hours prior to the May 2nd conference and because said conference would be brief, the Court proceeded without Ms. Wenning's participation.

separate plan had been submitted or attached. In the absence of such, the discovery herein shall be governed by the limits established under the Federal Rules of Civil Procedure. Judge Manibusan also reminded counsel of their responsibility to exchange initial disclosures within 14 days from today, pursuant to Fed. R. Civ. P. 26(a).

Counsel again stated that this case would likely settle prior to trial. Nevertheless, the parties may request that a settlement conference be scheduled before the Court at a later date.

The conference concluded at 9:50 a.m.

Dated: May 2, 2006.

*/s/ Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk