Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

**Attorneys for Defendant
MILAROSE NILOOBAN**

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| ELIZABETH TOLOSA-TAHA, <br><br> Plaintiff, <br><br> vs. <br><br> MILAROSE NILOOBAN, NILO NILOOBAN, THE TESTATE AND INTESTATE SUCCESSORS OF EDGAR G.M. TOLOSA, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH EDGAR G.M. TOLOSA; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1 to 50, INCLUSIVE, <br><br> Defendants. | CIVIL CASE NO. 06-00002 <br><br> [~~PROPOSED~~] *only* <br><br> SCHEDULING ORDER ~~AND DISCOVERY PLAN~~ |

Pursuant to Rule 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order ~~and Discovery Plan~~.

1. The nature of the case is as follows: Quiet Title for property located in Guam.

2. The posture of this case is as follows:

   a. All Defendants have not been served.

   b. All Defendants have not appeared.

   c. The following motions are on file: None.

   d. The following motions have been resolved: No motions have been resolved.

   e. The following discovery has been initiated: No discovery has been initiated.

3. All motions to add parties and claims shall be filed on or before **May 30, 2006**.

4. All motions to amend pleadings shall be filed on or before **June 9, 2006**.

5. Status of Discovery: The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

6. The parties shall appear before the District Court of Guam on **May 2, 2006 at 9:30 a.m.** for the Scheduling Conference.

7. The discovery cutoff date is: **August 4, 2006**.

8.     a. All discovery motions shall be filed on or before **September 8, 2006**. ~~and heard on _____ at _____ .m.~~ *my*

    b. Summary judgment motions are likely. Motions related to any as yet unfiled pleadings are possible.

    c. All dispositive motions shall be filed on or before **October 27, 2006**. ~~and heard before **November 28, 2006**.~~ *my*

9. The prospects for settlement between Plaintiff and Defendant MILAROSE NILOOBAN are good and could fully resolve the case. Settlement between Plaintiff and Co-Defendants are likely.

10. The Preliminary Pretrial Conference shall be held on **November 28, 2006** at *10:30 a*.m.

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before ~~November 28,~~ *December 5* 2006.

12. The Proposed Pretrial Order shall be filed on or before ~~November 28,~~ *December 5* 2006.

13. The Final Pretrial Conference shall be held on **December 12, 2006** at _10:00 a_.m.

14. The Trial in this matter shall be held on **December 19, 2006** at _9:00 a_.m.

15. The trial is not a jury trial.

16. It is anticipated that it will take one (1) day to try this case.

17. The names of counsel who will try this case are:

   a. Enda V. Wenning, Esq. and Gerald E. Gray, Esq.;

   b. Louie J. Yanza

   c. Other Co-Defendants have yet to appear with counsel.

18. The parties do not wish to submit this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

   a. Joint submission of Exhibits.

   b. Stipulations regarding admissibility and authenticity of Exhibits.

   c. A limited number of stipulated facts.

20. The following issues will also affect the status or management of the case. Plaintiff and her counsel, Edna V. Wenning, are in California, which may prolong discovery.

Dated this 2nd day of May, 2006.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
~~JUDGE, U.S. DISTRICT COURT OF GUAM~~
U.S. MAGISTRATE JUDGE

APPROVED AS TO FORM AND CONTENT:

**LAW OFFICE OF GERALD E. GRAY**

By: _____
GERALD E. GRAY, ESQ., Attorney
for Plaintiff Elizabeth Tolosa-Taha

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**

By: _____
LOUIE J. YANZA, Attorney for
Defendant Milarose Nilooban



RECEIVED
APR 25 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

5

Case 1:06-cv-00002   Document 12   Filed 05/02/2006   Page 5 of 5