Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
MILAROSE NILOOBAN

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| ELIZABETH TOLOSA-TAHA ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MILAROSE NILOOBAN, NILO ) <br> NILOOBAN, THE TESTATE AND ) <br> INTESTATE SUCCESSORS OF EDGAR ) <br> G.M. TOLOSA, DECEASED, AND ALL ) <br> PERSONS CLAIMING BY, THROUGH ) <br> OR UNDER SUCH EDGAR G.M. ) <br> TOLOSA; ALL PERSONS UNKNOWN, ) <br> CLAIMING ANY LEGAL OR EQUITABLE ) <br> RIGHT, TITLE, ESTATE, LIEN, OR ) <br> INTEREST IN THE PROPERTY ) <br> DESCRIBED IN THE COMPLAINT ) <br> ADVERSE TO PLAINTIFF'S TITLE, OR ) <br> ANY CLOUD ON PLAINTIFF'S TITLE ) <br> THERETO; AND DOES 1 to 50, ) <br> INCLUSIVE, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 06-00002 <br><br> DECLARATION OF MILAROSE NILOOBAN IN SUPPORT OF HER MOTION TO DISMISS |

I, MILAROSE NILOOBAN, hereby declare as follows:

1. I am an individual over the age of 18, a U.S. Citizen and a named Defendant in the above-entitled action.

**ORIGINAL**

1

2. I make this declaration on personal knowledge, having personal knowledge of the facts herein contained, and am competent to testify if called upon as a witness at trial of the within entitled-action.

3. I have never maintained or claimed ownership of the property at issue, to wit, Lot No. 6, Block No. 24, Unit No. XII Suburban Subdivision of Tract 112, Dededo, Guam, commonly known as 247 J.L. Blaz, Dededo, Guam.

4. I make no claim or ownership interest in the property at issue in this case.

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Dated this 17 day of May, 2006, in Hagåtña, Guam.

**MILAROSE NILOOBAN**