# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Elizabeth Tolosa-Taha, | Civil Case No. 1:06-cv-00002 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Milarose Nilooban, et al. | |
| Defendants. | |

    Judgment is hereby entered in accordance with the Order Granting Motion to Dismiss filed June 29, 2006.

Dated this 29th day of June, 2006, Hagatna, Guam.

                                                **/s/ Mary L.M. Moran**
                                                      Clerk of Court