GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Elizabeth Tolosa-Taha,<br><br>        Plaintiff,<br><br>        vs.<br><br>Milarose Nilooban, et al.,<br><br>        Defendants. | Case No. 1:06-cv-00002 |

# NOTICE OF ENTRY OF ORDERS

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following orders:

Order Granting Motion to Dismiss filed June 29, 2006
Date of Entry: June 29, 2006

Judgment filed June 29, 2006
Date of Entry: June 29, 2006

The original orders are on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** June 29, 2006                                                                Clerk of Court
                                                                                                             **/s/ Mary L.M. Moran**