# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Elizabeth Tolosa-Taha, <br><br> Plaintiff, <br><br> vs. <br><br> Milarose Nilooban, et al., <br><br> Defendants. | Case No. 1:06-cv-00002 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order Granting Motion to Dismiss, Judgment, and Notice of Entry filed on June 29, 2006, on the dates indicated below:

| | |
|---|---|
| Maher Yanza Flynn Timblin, LLP | Gerald E. Gray |
| July 3, 2006 | July 5, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order Granting Motion to Dismiss, Judgment, and Notice of Entry filed on June 29, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 6, 2006    /s/ Virginia T. Kilgore
            Deputy Clerk